# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| PROSPERITY TIEH ENTERPRISE CO., LTD., <br><br> Plaintiff, <br><br> and <br><br> YIEH PHUI ENTERPRISE CO., LTD., <br><br> Consolidated Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> AK STEEL CORPORATION, CALIFORNIA STEEL INDUSTRIES, INC., STEEL DYNAMICS INC., ARCELORMITTAL USA LLC, NUCOR CORPORATION, and UNITED STATES STEEL CORPORATION, <br><br> Defendant-Intervenors. | Consol. Court No. 16-00138 |

### COMMENTS OF PLAINTIFF YIEH PHUI ENTERPRISE CO., LTD.
### ON THE FINAL RESULTS OF REDETERMINATION PURSUANT TO COURT REMAND

 

Kelly A. Slater
Jay Y. Nee
Edmund W. Sim

Appleton Luff Pte Ltd
1025 Connecticut Avenue, NW
Suite 1000
Washington, D.C. 20036
(301) 649-2149

March 30, 2022                                Counsel for Yieh Phui Enterprise Co., Ltd.

On behalf of Plaintiff Yieh Phui Enterprise Co., Ltd. ("Yieh Phui"), we hereby submit comments on the U.S. Department of Commerce's (the "Department") Final Results of Redetermination Pursuant to Court Remand dated February 14, 2022 ("Remand Results"), ECF No. 156; issued as a result of the Court's decision in Prosperity Tieh Enterprise Co. v. United States, Consol. Court No. 16-00138, Slip Op. 21-113 (Sept. 1, 2021) ("CIT Remand Order"), ECF No. 135.

It is our position that the Department's decision on the collapsing issue made in the Remand Results is in line with the U.S. Court of Appeals for the Federal Circuit's ("CAFC") decision in Prosperity Tieh Enterprise Co. v. United States, 965 F. 3d 1320 (Fed. Cir. 2000) ("Prosperity III") and the subsequent CIT Remand Order.  We agree with the Department's decision not to collapse the single entity of Yieh Phui and Synn Industrial Co., Ltd. ("Synn") (collectively, the "Yieh Phui/Synn entity") with another respondent, Prosperity Tieh Enterprise Co., Ltd. ("Prosperity"), in the Remand Results.  We also agree with the weighted-average dumping margin calculated by the Department based solely on the data submitted by the Yieh Phui/Synn entity, without including Prosperity's data in that calculation, in the Remand Results.

With respect to the Lin family grouping arguments raised by Defendant-Intervenors[1] during the course of the Department's administrative proceeding in reaching its collapsing decision in the Remand Results, we hereby incorporate by reference the rebuttal comments Yieh Phui submitted[2] in the course of that underlying proceeding as well, for the Court's consideration.

---

[1] See generally Defendant-Intervenors' Comments on Draft Results of Second Redetermination, Dec. 10, 2021, ECF No. 157, at Att. 21 (Confidential Version) and Att. 11 (Public Version).
[2] See generally Yieh Phui's Rebuttal Comments on the Second Draft Results of Redetermination Pursuant to Court Remand, Jan. 26, 2022, ECF No. 157, at Att. 10 (Public Document).

2

In sum, because the collapsing decision made by the Department in the Remand Results satisfies the CAFC's mandates in <u>Prosperity III</u> and those of this Court in the <u>CIT Remand Order</u>, we respectfully submit that the Department's collapsing decision in the Remand Results should be upheld by this Court as lawful.

                                                           Respectfully submitted,

                                                           <u>/s/ Kelly A. Slater</u>
                                                           Kelly A. Slater
                                                           Jay Y. Nee
                                                           Edmund W. Sim

                                                           Appleton Luff Pte Ltd
                                                           1025 Connecticut Avenue, NW
                                                           Suite 1000
                                                           Washington, DC 20036
                                                           (301) 649-2149

                                                           Counsel for Plaintiff Yieh Phui Enterprise Co., Ltd.

March 30, 2022