UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **PROSPERITY TIEH ENTERPRISE CO., LTD. AND YIEH PHUI ENTERPRISE CO., LTD.,**<br><br>        Plaintiffs,<br><br>        v.<br><br>**UNITED STATES,**<br><br>        Defendant,<br><br>        and<br><br>**CALIFORNIA STEEL INDUSTRIES, INC., CLEVELAND-CLIFFS STEEL CORP., CLEVELAND-CLIFFS STEEL LLC, NUCOR CORP., STEEL DYNAMICS, INC., AND UNITED STATES STEEL CORP.,**<br><br>        Defendant-Intervenors. | Before:  Timothy C. Stanceu, Judge<br><br>Consolidated Court No. 16-00138 |

**ORDER**

Upon consideration of Defendant-Intervenors' Motion for Oral Argument (May 19, 2022), ECF No. 170 ("Motion for Oral Argument"), the opposition thereto of plaintiffs Prosperity Tieh Enterprise Co., Ltd. and Yieh Phui Enterprise Co., Ltd., and all other papers and proceedings had herein, and upon due deliberation, the court concludes that the requested oral argument would not assist in the resolution of the issues remaining in this litigation.  Therefore, it is hereby

**Consolidated Court No. 16-00138**  Page 2

    **ORDERED** that the Motion for Oral Argument be, and hereby is, denied.

                                                /s/ Timothy C. Stanceu
                                                Timothy C. Stanceu
                                                Judge

Dated: June 23, 2023
       New York, New York